IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA BENNETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:09-CV-398-BF |
| | § | |
| DOBSON FLOORS, INC., M&M | § | |
| INVESTORS GROUP, LLC, ADAM | § | |
| CURRAN, JEFF MERCER, and | § | |
| MARK MILLER, | § | ECF |
| | § | |
| Defendants | § | |

## JOINT STATUS REPORT

To the Honorable United States District Court:

Plaintiff Teresa Bennett and Defendants Dobson Floors, Inc.; M&M Investors Group, LLC; Adam Curran; Jeff Mercer and Mark Miller file their Joint Status Report and respectfully show the Court:

1.      The Court on July 30, 2009 entered a Scheduling Order setting pre-trial deadlines and a jury trial date of Monday, March 15, 2010.

2.      The Court required the parties to file a Joint Status Report by December 30, 2009.

3.      The parties have settled the matters at issue among them.  The parties respectfully request sixty days, until February 28, 2010, to finalize the settlement documents and to present dismissal documents to the Court.

**JOINT STATUS REPORT--Page 1**

Respectfully submitted,

THE CARDEN LAW OFFICE

 /s/ Kenneth D. Carden
Texas Bar Card No. 03787300
Kenneth D. Carden
1409 South Lamar; No. 601
Dallas, Texas  75220
214.485.3535
214.485.3536 (fax)
carden@adalaw.com

**Palmer D. Bailey**
Texas Bar Card No. 01533400
Law Office of Palmer Bailey, P.C.
16633 Dallas Parkway; Suite 600
Addison, Texas   75001
972.588.1863
972.588.1801 (fax)
inlight226@aol.com

ATTORNEYS FOR PLAINTIFF TERESA BENNETT

**JOINT STATUS REPORT--Page 2**

TRAVIS & CALHOUN
A PROFESSIONAL CORPORATION

 /s/ Mary Elizabeth Conlon

Jeffrey M. Travis
Texas State Bar No. 20191600
Mary Elizabeth Conlon
Texas State Bar No. 24045691
Jacob B. Kring
Texas State Bar No. 24062831


1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas   75244
Telephone: 972.934.4100
Telecopier: 972.934.4101
E-mail: Jeff@travislaw.com
E-mail: Marybeth@travislaw.com
E-mail: Jacob@travislaw.com

ATTORNEYS FOR DEFENDANTS M&M
INVESTORS GROUP, LLC, MARK MILLER
AND ADAM CURRAN JEFF MERCER

**JOINT STATUS REPORT--Page 3**

GREER & SHROPSHIRE, L.L.P.

Lawrence B. Greer
State Bar No. 08417350
808 Travis, Suite 806
Houston, TX   77002
Telephone:  713.223.0175
Facsimile:   713.223.0174


 /s/ Karen G. Shropshire

Karen G. Shropshire
State Bar No. 08417150
300 Preston Commons West
8117 Preston Rd.
Dallas, TX 75225
Telephone:  214.706.9250
Facsimile:   214.706.9251

ATTORNEYS FOR DEFENDANT DOBSON
FLOORS, INC.


### Certificate of Service

I certify that on December 30, 2009,  I electronically filed the foregoing with the Court.  This
document therefore will be served on all parties' counsel of record through the Court's CM/ECF
system pursuant to the local rules of this Court.


   /s/ Karen G. Shropshire
KAREN G. SHROPSHIRE


**JOINT STATUS REPORT--Page 4**